161 A.3d 795

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Robert Harry THOMAS, Petitioner**

**No. 484 MAL 2016**

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of November, 2016, the Petition for Allowance of Appeal and Motion to Answer are **DENIED.**